# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV12-00732-PSG | Date: | June 14, 2012 |
|---|---|---|---|
| Title: | In Re: Shanel Stasz | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| **Wendy K. Hernandez** | **Not Reported** | **N/A** |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| **Not Present** | | **Not Present** |

Proceedings (In Chambers):

On March 14, 2012, an Appeal Deficiency Notice was issued by the bankruptcy court. Accordingly, **IT IS HEREBY ORDERED** that the Appellant show cause **in writing** on or before **July 5, 2012**, why this bankruptcy appeal should not be dismissed for lack of prosecution.

The Court will consider the filing of the following documents, as well as, a written response to this Court on or before the above date, as an appropriate response to this Order to Show Cause.

X   Payment of filing fee in the **Bankruptcy Court**.

X   Designation of Record filed in the **Bankruptcy Court**.

X   Statement of Issues on Appeal filed in the **Bankruptcy Court**.

X   Notice Regarding the Ordering of Transcripts filed in the **Bankruptcy Court**.

X   Written response with proof of payment filed in **District Court**.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Parties are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

Furthermore, parties are reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to Courtroom 880 the following business day before Noon. Copies must include the E-Filed Notice and/or E-Filed Header. Failure to comply, may result in monetary sanctions.

**cc:   Bankruptcy Appellate Panel
        Bankruptcy Judge Robert Kwan**

Initials of Preparer           wkh